UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ZIPP, et al.,<br><br>Plaintiff(s),<br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C25-2664-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE |

The parties filed a stipulated motion to continue the trial date and case schedule. Dkt. No. 19. Finding good cause, the Court GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 18) are VACATED. The parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov to determine an available trial date on or after July 12, 2027. Once an available trial date is identified and agreed upon by the parties, the Courtroom Deputy is directed to issue an amended case schedule based on that trial date consistent with the Court's standard case schedule.

Dated this 6th day of November, 2026.

Kymberly K. Evanson
United States District Judge